# United States District Court
## Violation Notice

| Field | Value |
|---|---|
| CVB Location Code | VS22 |
| Violation Number | 4870907 |
| Officer Name (Print) | McCoy |
| Officer No. | 100 |

5:15-MJ-00097

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 8/15, 20 15 while exercising my duties as a law enforcement officer in the Southern District of West Virginia. I observed a vehicle registered to a Mr. Ball parked in a no parking area which impedes the normal flow of traffic.

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

- Date and Time of Offense: 8/15/2015  1711
- Offense Charged: Title 36 Chapter III 327.2(b)
- Place of Offense: Long Point Marina / Summersville Lake
- Offense Description; Factual Basis for Charge: Parked in a non-parking area which impedes traffic flow.

### DEFENDANT INFORMATION

- Last Name: Ball
- First Name: Timothy

### Vehicle

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 7YN356 | WV | 2014 | Jeep Wrangler | | Black |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

- $ 35.00 Forfeiture Amount
- + $25 Processing Fee
- **PAY THIS AMOUNT →** $ 60.00 Total Collateral Due

### YOUR COURT DATE

- Court Address: Robert C. Byrd Courthouse, 110 N. Herbes St, Beckley WV 25301
- Date: 09/15/2015
- Time: 1000

The foregoing statement is based upon:
- ☒ my personal observation
- ☐ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/15/2015 [Officer's Signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

(Rev. 01/2011) Original - CVB Copy