UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

**UNITED STATES OF AMERICA**

v.                                                             Case No.:  5:15-mj-00097

**TIMOTHY BALL**

**O R D E R**

The Defendant is charged in Violation No. 4870907, Parked in a non-parking area which impeded traffic flow; as issued by Officer M. McCoy, on August 15, 2015.

The Defendant forfeited $60.00 to the Central Violations Bureau thereby satisfying his obligation to the petty offense violation. Accordingly, the Clerk is hereby **ORDERED** to close this matter and remove it from the Court's docket.

The Clerk is further directed to provide a copy of this Order to the Defendant, all counsel of record, the Probation Department, and Officer M. McCoy, US Army Corps of Engineers, Summersville Lake (VS22).

ENTER: September 17, 2015

R. Clarke VanDervort
United States Magistrate Judge